# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
      v. ) CR. S 06-410 GEB
 )
**DAVID LINDEN CARTER** )

**FILED**
OCT 25 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (**X**) Ad Prosequendum         ( ) Ad Testificandum.

Name of Detainee:     David Linden Carter

Detained at (custodian):     Sacramento County Jail

Detainee is:   a.)   (**X**) charged in this district by:
           (**X**) Indictment     ( ) Information     ( ) Complaint
           Charging Detainee With: **Possession of a Firearm Having Previously Been Convicted of a Felony**

or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **on October 26, 2006 at 2:00 pm** *in the Eastern District of California.*

Signature:   /s/ Robert M. Twiss
Printed Name & Phone No: ROBERT M. TWISS   (916) 554-2700
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on **October 26, 2006 at 2:00 pm** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

10/25/06
Date
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | David Lindon Carter | Male **X** | Female |
| Booking or CDC #: | Booking: 0909074   Xref: X-2078393 | DOB: | X/XX/1976 |
| Facility Address: | 651 I Street, Sacramento | Race: | |
| | | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | Violation of Parole | | |

---

### RETURN OF SERVICE

Executed on _____ by _____
                              (Signature)