```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DAVID LINDEN CARTER
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-06-410 GEB
                                 )
13            Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING STATUS CONFERENCE
14       v.                      )
                                 )
15  DAVID LINDEN CARTER,         )  Date:  December 15, 2006
                                 )  Time:  9:00 a.m.
16            Defendant.         )  Judge: Garland E. Burrell, Jr.
    _____)
17
```

18      It is hereby stipulated between the parties, Mary M. French,

19 attorney for the defendant, and Robert M. Twiss, Assistant United

20 States Attorney, attorney for the plaintiff, that the status conference

21 hearing date of November 17, 2006, be vacated and a status conference

22 hearing date of December 15, 2006, at 9:00 a.m. be set.  This

23 continuance is requested because counsel for defendant is in the

24 process of on-going investigation, including reviewing recently-

25 received discovery, requesting and reviewing defendant's criminal

26 history records, conducting interviews, and researching guideline

27 issues and other matters relevant to this case.

28      It is further stipulated that the period from November 17, 2006,

through and including December 15, 2006, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

            Respectfully submitted,

Dated: November 20, 2006

            DANIEL J. BRODERICK
            Federal Defender

            /s/ Mary M. French
            _____
            MARY M. FRENCH
            Supervising Assistant
            Federal Defender
            Attorney for Defendant
            DAVID LINDEN CARTER

Dated: November 20, 2006    MCGREGOR W. SCOTT
            United States Attorney

            /s/ Mary M. French for
            _____
            ROBERT M. TWISS
            Assistant U.S. Attorney
            per telephonic authorization

              **ORDER**

**IT IS SO ORDERED**.

Dated:  November 20, 2006

           _____
           GARLAND E. BURRELL, JR.
           United States District Judge