```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DAVID LINDEN CARTER
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) No. CR-S-06-410 GEB
                                 )
13              Plaintiff,       ) STIPULATION AND [PROPOSED] ORDER
                                 ) CONTINUING STATUS CONFERENCE
14        v.                     )
                                 )
15  DAVID LINDEN CARTER,         ) Date:  February 9, 2007
                                 ) Time:  9:00 a.m.
16              Defendant.       ) Judge: Garland E. Burrell, Jr.
    _____)
17
```

18       It is hereby stipulated between the parties, Mary M. French,

19  attorney for the defendant, and Robert M. Twiss, Assistant United

20  States Attorney, attorney for the plaintiff, that the status conference

21  hearing date of January 26, 2007, be vacated and a status conference

22  hearing date of February 9, 2007, at 9:00 a.m. be set.  This

23  continuance is requested because counsel for defendant is in the

24  process of on-going investigation, including requesting and reviewing

25  defendant's criminal history records, conducting interviews, and

26  researching guideline issues.  The parties are also working toward a

27  resolution of this case.

28       It is further stipulated that the period from January 26, 2007,

1  through and including February 9, 2007, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.
4                                         Respectfully submitted,
5  Dated: January 30, 2007
6                                         DANIEL J. BRODERICK
                                          Federal Defender
7
                                          /s/ Mary M. French
8                                         _____
                                          MARY M. FRENCH
9                                         Supervising Assistant
                                          Federal Defender
10                                        Attorney for Defendant
                                          DAVID LINDEN CARTER
11

12
   Dated: January 30, 2007                MCGREGOR W. SCOTT
13                                        United States Attorney

14
                                          /s/ Mary M. French for
15                                        _____
                                          ROBERT M. TWISS
16                                        Assistant U.S. Attorney
                                          per telephonic authorization
17

18                              **ORDER**

19
   **IT IS SO ORDERED**.
20
   Dated:  February 5, 2007
21

22
                                          _____
23                                        GARLAND E. BURRELL, JR.
                                          United States District Judge
24

25

26

27

28

Stipulation & Order/Carter            2