

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:06CR00410-01 |
| v. ) | |
| ) | **FINDINGS AND RECOMMENDATION** |
| David Carter ) | **AND ORDER FOR REENTRY COURT** |
| ) | **JAIL SANCTION** |
| Defendant. ) | |

On September 27, 2013, the defendant was accepted as a participant in the Reentry Court. The defendant has been found in violation of the conditions of his supervised release by failing to appear for Reentry Court on January 30, 2013 and testing positive for the use of methamphetamine on February 11, 2013. The Reentry Court Team has determined the defendant's violation conduct requires a jail sanction.

It is therefore recommended that the defendant serve 5 days imprisonment, to commence on February 22, 2013 and ending on February 26, 2013.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304 and shall be considered forthwith without the need for time to respond.

2/21/2013
Date

The Honorable Carolyn K. Delaney
U.S. Magistrate Judge

These Findings and Recommendations are hereby adopted and approved. The defendant shall serve 5 days imprisonment, to commence on February 22, 2013 and end on February 26, 2013. The defendant is ordered to self-surrender to the United States Marshal no later than 2:00 p.m. on February 22, 2013.

2-21-13
Date

The Honorable Garland E. Burrell, Jr.
Senior U.S. District Judge